**PAPERLESS PAY** | My Other Sites             (Hide Screen)                BERNICE PATTERSON | My Account | Log Out

Alerts and Settings | Help | **October 01, 2013**
English  Español



better work, better life                                               Main Menu          PayStubs

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

(< Previous PayStub)          Pay Date: [ 09/26/2013 – Regular ]               (Next PayStub >)

NYC Creative Specialty NY                    BERNICE PATTERSON
551 5th Ave                                  3137 42ND ST
5th FL                                       ASTORIA, NY 11103-3142
New York, NY 10176-0001
8668280707

Pay Advice #          36334890
Employee ID           3309761                Pay Cycle End Date    09/22/2013
Department            Hand/083 Wrap/00201 Office/3860    Pay Frequency    Weekly

Expand All    Collapse All

| Tax Withholding | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 9 | | Loc 1: P0001 |
| Primary State | NY | Single | 0 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

| Messages |
|---|
| SCHOLASTIC INC.I524 BROADWAYINEW YORK NY 1001244081(212) 965-7422I |

| Earnings | Work Week | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Assignment Number 7773372 Holiday | | | | 16.00 | 0.00 | 594.40 |
| Assignment Number 7773372 Holiday: PO | | | | 8.00 | 0.00 | 285.28 |
| Assignment Number 7773372 1.5 Ovt | 09/16/2013-09/22/2013 | 57.9600 | 5.00 | 91.00 | 289.80 | 5,113.45 |
| Assignment Number 7773372 Regular | 09/16/2013-09/22/2013 | 38.6400 | 40.00 | 1,487.00 | 1,545.60 | 54,662.44 |
| **Total Earnings :** | | | | | **$1,835.40** | **$60,655.57** |

| Pre-Tax | | | | | This Period | YTD |
|---|---|---|---|---|---|---|
| 401K | | | | | $73.42 | $2,426.33 |
| **Total Pre-Tax :** | | | | | **$73.42** | **$2,426.33** |

| Taxes | | | | | This Period | YTD |
|---|---|---|---|---|---|---|
| Federal - OASDI/Disability - EE | | | | | $113.80 | $3,760.65 |
| Federal - FICA Med Hospital Ins / EE | | | | | $26.62 | $879.51 |
| Federal - Withholding | | | | | $182.87 | $4,875.35 |
| State of NY - OASDI/Disability - EE | | | | | $0.60 | $23.40 |
| State of NY - Withholding | | | | | $98.81 | $3,175.13 |
| State of NY - Locality - NEW YORK - Withholding | | | | | $60.88 | $1,956.40 |
| **Total Taxes :** | | | | | **$483.58** | **$14,670.44** |

| After-Tax | | | | | This Period | YTD |
|---|---|---|---|---|---|---|
| **Total After-Tax :** | | | | | **$0.00** | **$0.00** |

| Net Pay | | | | | This Period | YTD |
|---|---|---|---|---|---|---|
| **Total Net Pay :** | | | | | **$1,278.40** | **$43,558.80** |

| Pay Summary | This Period | | YTD |
|---|---|---|---|
| Earnings | $1,835.40 | | $60,655.57 |
| Pre-Tax Deductions | $73.42 | | $2,426.33 |
| Federal Taxable Wages | $1,761.98 | | $58,229.24 |
| Social Security Taxable Wages | $1,835.40 | | $60,655.57 |
| Medicare (HI) Taxable Wages | $1,835.40 | | $60,655.57 |
| State Taxable Wages | $1,761.98 | | $58,229.24 |
| Total Taxes | $483.58 | | $14,670.44 |
| After-Tax Deductions | $0.00 | | $0.00 |
| Net Pay | $1,278.40 | | $43,558.80 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...3765> | Checking or Money Market | $1,278.40 | <...3765> | |

(< Previous PayStub)                                                 (Next PayStub >)

**PAPERLESS PAY | My Other Sites**         (Hide Screen)         BERNICE PATTERSON | My Account | Log Out

Alerts and Settings | Help | **October 01, 2013**

**English** Español

**Adecco**
better work, better life

Main Menu            PayStubs

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

(< Previous PayStub)     Pay Date: [ 09/19/2013 – Regular ]     (Next PayStub >)

NYC Creative Specialty NY
551 5th Ave
5th FL
New York, NY 10176-0001
8668280707

BERNICE PATTERSON
3137 42ND ST
ASTORIA, NY 11103-3142

Pay Advice #        36266001
Employee ID         3309761
Department          Hand/083 Wrap/00201 Office/3860

Pay Cycle End Date   09/15/2013
Pay Frequency        Weekly

Expand All   Collapse All

| Tax Withholding | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 9 | | Loc 1: P0001 |
| Primary State | NY | Single | 0 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

**Messages**
SCHOLASTIC INC.I524 BROADWAYINEW YORK NY 100124408I(212) 965-7422I

| Earnings | Work Week | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Assignment Number 7773372 Holiday | | | | 16.00 | 0.00 | 594.40 |
| Assignment Number 7773372 Holiday: PO | | | | 8.00 | 0.00 | 285.28 |
| Assignment Number 7773372 1.5 Ovt | 09/09/2013-09/15/2013 | 57.9600 | 5.00 | 86.00 | 289.80 | 4,823.65 |
| Assignment Number 7773372 Regular | 09/09/2013-09/15/2013 | 38.6400 | 40.00 | 1,447.00 | 1,545.60 | 53,116.84 |
| **Total Earnings :** | | | | | **$1,835.40** | **$58,820.17** |

| Pre-Tax | This Period | YTD |
|---|---|---|
| 401K | $73.42 | $2,352.91 |
| **Total Pre-Tax :** | **$73.42** | **$2,352.91** |

| Taxes | This Period | YTD |
|---|---|---|
| Federal - OASDI/Disability - EE | $113.79 | $3,646.85 |
| Federal - FICA Med Hospital Ins / EE | $26.61 | $852.89 |
| Federal - Withholding | $182.87 | $4,692.48 |
| State of NY - OASDI/Disability - EE | $0.60 | $22.80 |
| State of NY - Withholding | $98.81 | $3,076.32 |
| State of NY - Locality - NEW YORK - Withholding | $60.88 | $1,895.52 |
| **Total Taxes :** | **$483.56** | **$14,186.86** |

| After-Tax | This Period | YTD |
|---|---|---|
| **Total After-Tax :** | **$0.00** | **$0.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$1,278.42** | **$42,280.40** |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,835.40 | $58,820.17 |
| Pre-Tax Deductions | $73.42 | $2,352.91 |
| Federal Taxable Wages | $1,761.98 | $56,467.26 |
| Social Security Taxable Wages | $1,835.40 | $58,820.17 |
| Medicare (HI) Taxable Wages | $1,835.40 | $58,820.17 |
| State Taxable Wages | $1,761.98 | $56,467.26 |
| Total Taxes | $483.56 | $14,186.86 |
| After-Tax Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,278.42** | **$42,280.40** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...3765> | Checking or Money Market | $1,278.42 | <...3765> | |

(< Previous PayStub)                                            (Next PayStub >)

erless Pay - PayStubs

https://paperlesspay.talx.com/PayStub/PayStub.aspx

**PAPERLESS PAY** | My Other Sites          (Hide Screen)          BERNICE PATTERSON | My Account | Log Out

Alerts and Settings | Help | **October 01, 2013**

**Adecco**

**English** Español

better work, better life

Main Menu          PayStubs

# PayStubs

Pay History  **PayStub Details**  PayStub Comparison

Print

( < Previous PayStub )     Pay Date: [ 09/12/2013 - Regular ▼ ]     ( Next PayStub > )

NYC Creative Specialty NY
551 5th Ave
5th FL
New York, NY 10176-0001
8668280707

BERNICE PATTERSON
3137 42ND ST
ASTORIA, NY 11103-3142

| Pay Advice # | 36188945 | | | |
|---|---|---|---|---|
| Employee ID | 3309761 | | Pay Cycle End Date | 09/08/2013 |
| Department | Hand/083 Wrap/00201 Office/3860 | | Pay Frequency | Weekly |

Expand All   Collapse All

| Tax Withholding | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 9 | | Loc 1: P0001 |
| Primary State | NY | Single | 0 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

**Messages**
SCHOLASTIC INC.I524 BROADWAYINEW YORK NY 100124408I(212) 965-7422I

| Earnings | Work Week | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Assignment Number 7773372 Holiday | | | | 16.00 | 0.00 | 594.40 |
| Assignment Number 7773372 Holiday: PO | | | | 8.00 | 0.00 | 285.28 |
| Assignment Number 7773372 1.5 Ovt | | | | 81.00 | 0.00 | 4,533.85 |
| Assignment Number 7773372 Regular | 09/02/2013-09/08/2013 | 38.6400 | 36.00 | 1,407.00 | 1,391.04 | 51,571.24 |
| **Total Earnings :** | | | | | **$1,391.04** | **$56,984.77** |

| Pre-Tax | | This Period | YTD |
|---|---|---|---|
| 401K | | $55.64 | $2,279.49 |
| **Total Pre-Tax :** | | **$55.64** | **$2,279.49** |

| Taxes | | This Period | YTD |
|---|---|---|---|
| Federal - OASDI/Disability - EE | | $86.25 | $3,533.06 |
| Federal - FICA Med Hospital Ins / EE | | $20.17 | $826.28 |
| Federal - Withholding | | $84.13 | $4,509.61 |
| State of NY - OASDI/Disability - EE | | $0.60 | $22.20 |
| State of NY - Withholding | | $71.01 | $2,977.51 |
| State of NY - Locality - NEW YORK - Withholding | | $43.82 | $1,834.64 |
| **Total Taxes :** | | **$305.98** | **$13,703.30** |

| After-Tax | | This Period | YTD |
|---|---|---|---|
| **Total After-Tax :** | | **$0.00** | **$0.00** |

| Net Pay | | This Period | YTD |
|---|---|---|---|
| **Total Net Pay :** | | **$1,029.42** | **$41,001.98** |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,391.04 | $56,984.77 |
| Pre-Tax Deductions | $55.64 | $2,279.49 |
| Federal Taxable Wages | $1,335.40 | $54,705.28 |
| Social Security Taxable Wages | $1,391.04 | $56,984.77 |
| Medicare (HI) Taxable Wages | $1,391.04 | $56,984.77 |
| State Taxable Wages | $1,335.40 | $54,705.28 |
| Total Taxes | $305.98 | $13,703.30 |
| After-Tax Deductions | $0.00 | $0.00 |
| Net Pay | $1,029.42 | $41,001.98 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...3765> | Checking or Money Market | $1,029.42 | <...3765> | |

( < Previous PayStub )                                              ( Next PayStub > )

**PAPERLESS PAY** | My Other Sites        (Hide Screen)        BERNICE PATTERSON | My Account | Log Out

Alerts and Settings | Help | **October 01, 2013**
English  Español



**better work, better life**                    Main Menu        PayStubs

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

(< Previous PayStub)        Pay Date: [ 09/05/2013 - Regular ▼ ]                (Next PayStub >)

NYC Creative Specialty NY                BERNICE PATTERSON
551 5th Ave                              3137 42ND ST
5th FL                                   ASTORIA, NY 11103-3142
New York, NY 10176-0001
8668280707

Pay Advice #         36127409
Employee ID          3309761                           Pay Cycle End Date    09/01/2013
Department           Hand/083 Wrap/00201 Office/3860   Pay Frequency         Weekly

Expand All    Collapse All

| Tax Withholding | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal |  | Single | 9 |  | Loc 1: P0001 |
| Primary State | NY | Single | 0 |  | Loc 2: |
| Secondary State |  |  | 0 |  | Loc 3: |
| Local |  |  | 0 |  | Loc 4: |

**Messages**
SCHOLASTIC INC.I524 BROADWAYINEW YORK NY 100124408I(212) 965-7422I

| Earnings | Work Week | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Assignment Number 7773372 Holiday |  |  |  | 16.00 | 0.00 | 594.40 |
| Assignment Number 7773372 Holiday: PO |  |  |  | 8.00 | 0.00 | 285.28 |
| Assignment Number 7773372 1.5 Ovt | 08/26/2013-09/01/2013 | 57.9600 | 5.00 | 81.00 | 289.80 | 4,533.85 |
| Assignment Number 7773372 Regular | 08/26/2013-09/01/2013 | 38.6400 | 40.00 | 1,371.00 | 1,545.60 | 50,180.20 |
| **Total Earnings :** |  |  |  |  | **$1,835.40** | **$55,593.73** |

| Pre-Tax |  | This Period | YTD |
|---|---|---|---|
| 401K |  | $73.42 | $2,223.85 |
| **Total Pre-Tax :** |  | **$73.42** | **$2,223.85** |

| Taxes | This Period | YTD |
|---|---|---|
| Federal - OASDI/Disability - EE | $113.79 | $3,446.81 |
| Federal - FICA Med Hospital Ins / EE | $26.61 | $806.11 |
| Federal - Withholding | $182.87 | $4,425.48 |
| State of NY - OASDI/Disability - EE | $0.60 | $21.60 |
| State of NY - Withholding | $98.81 | $2,906.50 |
| State of NY - Locality - NEW YORK - Withholding | $60.88 | $1,790.82 |
| **Total Taxes :** | **$483.56** | **$13,397.32** |

| After-Tax | This Period | YTD |
|---|---|---|
| **Total After-Tax :** | **$0.00** | **$0.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$1,278.42** | **$39,972.56** |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,835.40 | $55,593.73 |
| Pre-Tax Deductions | $73.42 | $2,223.85 |
| Federal Taxable Wages | $1,761.98 | $53,369.88 |
| Social Security Taxable Wages | $1,835.40 | $55,593.73 |
| Medicare (HI) Taxable Wages | $1,835.40 | $55,593.73 |
| State Taxable Wages | $1,761.98 | $53,369.88 |
| Total Taxes | $483.56 | $13,397.32 |
| After-Tax Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,278.42** | **$39,972.56** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...3765> | Checking or Money Market | $1,278.42 | <...3765> |  |

(< Previous PayStub)                            (Next PayStub >)

**PAPERLESS PAY** | My Other Sites          ( Hide Screen )          BERNICE PATTERSON | My Account | Log Out

Alerts and Settings | Help | **October 01, 2013**

**English** Español

## Adecco
### better work, better life

Main Menu          PayStubs

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

( < Previous PayStub )          Pay Date: [ 08/29/2013 - Regular ▾ ]          ( Next PayStub > )

NYC Creative Specialty NY
551 5th Ave
5th FL
New York, NY 10176-0001
8668280707

BERNICE PATTERSON
3137 42ND ST
ASTORIA, NY 11103-3142

Pay Advice # 36080193
Employee ID 3309761
Department    Hand/083 Wrap/00201 Office/3860

Pay Cycle End Date    08/25/2013
Pay Frequency         Weekly

Expand All    Collapse All

| Tax Withholding | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal |  | Single | 9 |  | Loc 1: P0001 |
| Primary State | NY | Single | 0 |  | Loc 2: |
| Secondary State |  |  | 0 |  | Loc 3: |
| Local |  |  | 0 |  | Loc 4: |

**Messages**
SCHOLASTIC INC.I524 BROADWAYINEW YORK NY 100124408i(212) 965-7422I

| Earnings | Work Week | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Assignment Number 7773372 Holiday |  |  |  | 16.00 | 0.00 | 594.40 |
| Assignment Number 7773372 Holiday: PO |  |  |  | 8.00 | 0.00 | 285.28 |
| Assignment Number 7773372 1.5 Ovt | 08/19/2013-08/25/2013 | 57.9600 | 5.00 | 76.00 | 289.80 | 4,244.05 |
| Assignment Number 7773372 Regular | 08/19/2013-08/25/2013 | 38.6400 | 40.00 | 1,331.00 | 1,545.60 | 48,634.60 |
| **Total Earnings :** |  |  |  |  | **$1,835.40** | **$53,758.33** |

| Pre-Tax |  | This Period | YTD |
|---|---|---|---|
| 401K |  | $73.42 | $2,150.43 |
| **Total Pre-Tax :** |  | **$73.42** | **$2,150.43** |

| Taxes | This Period | YTD |
|---|---|---|
| Federal - OASDI/Disability - EE | $113.80 | $3,333.02 |
| Federal - FICA Med Hospital Ins / EE | $26.62 | $779.50 |
| Federal - Withholding | $182.87 | $4,242.61 |
| State of NY - OASDI/Disability - EE | $0.60 | $21.00 |
| State of NY - Withholding | $98.81 | $2,807.69 |
| State of NY - Locality - NEW YORK - Withholding | $60.88 | $1,729.94 |
| **Total Taxes :** | **$483.58** | **$12,913.76** |

| After-Tax | This Period | YTD |
|---|---|---|
| **Total After-Tax :** | **$0.00** | **$0.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$1,278.40** | **$38,694.14** |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,835.40 | $53,758.33 |
| Pre-Tax Deductions | $73.42 | $2,150.43 |
| Federal Taxable Wages | $1,761.98 | $51,607.90 |
| Social Security Taxable Wages | $1,835.40 | $53,758.33 |
| Medicare (HI) Taxable Wages | $1,835.40 | $53,758.33 |
| State Taxable Wages | $1,761.98 | $51,607.90 |
| Total Taxes | $483.58 | $12,913.76 |
| After-Tax Deductions | $0.00 | $0.00 |
| Net Pay | $1,278.40 | $38,694.14 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...3765> | Checking or Money Market | $1,278.40 | <...3765> |  |

( < Previous PayStub )                                              ( Next PayStub > )

**PAPERLESS PAY** I My Other Sites  (Hide Screen)  BERNICE PATTERSON I My Account I Log Out

Alerts and Settings I Help I **October 01, 2013**
English  Español

**Adecco**

**better work, better life**            Main Menu            PayStubs

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

(< Previous PayStub)   Pay Date: [08/22/2013 - Regular ▼]          (Next PayStub >)

NYC Creative Specialty NY                     BERNICE PATTERSON
551 5th Ave                                   3137 42ND ST
5th FL                                        ASTORIA, NY 11103-3142
New York, NY 10176-0001
8668280707

Pay Advice #         35983721
Employee ID          3309761                  Pay Cycle End Date     08/18/2013
Department           Hand/083 Wrap/00201 Office/3860   Pay Frequency   Weekly

Expand All   Collapse All

| Tax Withholding | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal |  | Single | 9 |  | Loc 1: P0001 |
| Primary State | NY | Single | 0 |  | Loc 2: |
| Secondary State |  |  | 0 |  | Loc 3: |
| Local |  |  | 0 |  | Loc 4: |

**Messages**
SCHOLASTIC INC.I524 BROADWAYINEW YORK NY 100124408I(212) 965-7422I

| Earnings | Work Week | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Assignment Number 7773372 Holiday |  |  |  | 16.00 | 0.00 | 594.40 |
| Assignment Number 7773372 Holiday: PO |  |  |  | 8.00 | 0.00 | 285.28 |
| Assignment Number 7773372 1.5 Ovt | 08/12/2013-08/18/2013 | 57.9600 | 5.00 | 71.00 | 289.80 | 3,954.25 |
| Assignment Number 7773372 Regular | 08/12/2013-08/18/2013 | 38.6400 | 40.00 | 1,291.00 | 1,545.60 | 47,089.00 |
| **Total Earnings :** |  |  |  |  | **$1,835.40** | **$51,922.93** |

| Pre-Tax | This Period | YTD |
|---|---|---|
| 401K | $73.42 | $2,077.01 |
| **Total Pre-Tax :** | **$73.42** | **$2,077.01** |

| Taxes | This Period | YTD |
|---|---|---|
| Federal - OASDI/Disability - EE | $113.79 | $3,219.22 |
| Federal - FICA Med Hospital Ins / EE | $26.61 | $752.88 |
| Federal - Withholding | $182.87 | $4,059.74 |
| State of NY - OASDI/Disability - EE | $0.60 | $20.40 |
| State of NY - Withholding | $98.81 | $2,708.88 |
| State of NY - Locality - NEW YORK - Withholding | $60.88 | $1,669.06 |
| **Total Taxes :** | **$483.56** | **$12,430.18** |

| After-Tax | This Period | YTD |
|---|---|---|
| **Total After-Tax :** | **$0.00** | **$0.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$1,278.42** | **$37,415.74** |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,835.40 | $51,922.93 |
| Pre-Tax Deductions | $73.42 | $2,077.01 |
| Federal Taxable Wages | $1,761.98 | $49,845.92 |
| Social Security Taxable Wages | $1,835.40 | $51,922.93 |
| Medicare (HI) Taxable Wages | $1,835.40 | $51,922.93 |
| State Taxable Wages | $1,761.98 | $49,845.92 |
| Total Taxes | $483.56 | $12,430.18 |
| After-Tax Deductions | $0.00 | $0.00 |
| Net Pay | $1,278.42 | $37,415.74 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...3765> | Checking or Money Market | $1,278.42 | <...3765> |  |

(< Previous PayStub)                                         (Next PayStub >)

**PAPERLESS PAY** | My Other Sites

(Hide Screen)

BERNICE PATTERSON | My Account | Log Out

Alerts and Settings | Help | **October 01, 2013**

**English** Español

**Adecco**

better work, better life

Main Menu    PayStubs

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

( < Previous PayStub )    Pay Date: [ 08/15/2013 - Regular ◊ ]    ( Next PayStub > )

NYC Creative Specialty NY
551 5th Ave
5th FL
New York, NY 10176-0001
8668280707

BERNICE PATTERSON
3137 42ND ST
ASTORIA, NY 11103-3142

| Pay Advice # | 35922031 | | | |
|---|---|---|---|---|
| Employee ID | 3309761 | | Pay Cycle End Date | 08/11/2013 |
| Department | Hand/083 Wrap/00201 Office/3860 | | Pay Frequency | Weekly |

Expand All    Collapse All

| Tax Withholding | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 9 | | Loc 1: P0001 |
| Primary State | NY | Single | 0 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

**Messages**
SCHOLASTIC INC.I524 BROADWAYINEW YORK NY 100124408I(212) 965-7422I

| Earnings | Work Week | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Assignment Number 7773372 Holiday | | | | 16.00 | 0.00 | 594.40 |
| Assignment Number 7773372 Holiday: PO | | | | 8.00 | 0.00 | 285.28 |
| Assignment Number 7773372 1.5 Ovt | 08/05/2013-08/11/2013 | 57.9600 | 5.00 | 66.00 | 289.80 | 3,664.45 |
| Assignment Number 7773372 Regular | 08/05/2013-08/11/2013 | 38.6400 | 40.00 | 1,251.00 | 1,545.60 | 45,543.40 |
| **Total Earnings :** | | | | | **$1,835.40** | **$50,087.53** |

| Pre-Tax | This Period | YTD |
|---|---|---|
| 401K | $73.42 | $2,003.59 |
| **Total Pre-Tax :** | **$73.42** | **$2,003.59** |

| Taxes | This Period | YTD |
|---|---|---|
| Federal - OASDI/Disability - EE | $113.80 | $3,105.43 |
| Federal - FICA Med Hospital Ins / EE | $26.61 | $726.27 |
| Federal - Withholding | $182.87 | $3,876.87 |
| State of NY - OASDI/Disability - EE | $0.60 | $19.80 |
| State of NY - Withholding | $98.81 | $2,610.07 |
| State of NY - Locality - NEW YORK - Withholding | $60.88 | $1,608.18 |
| **Total Taxes :** | **$483.57** | **$11,946.62** |

| After-Tax | This Period | YTD |
|---|---|---|
| **Total After-Tax :** | **$0.00** | **$0.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$1,278.41** | **$36,137.32** |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,835.40 | $50,087.53 |
| Pre-Tax Deductions | $73.42 | $2,003.59 |
| Federal Taxable Wages | $1,761.98 | $48,083.94 |
| Social Security Taxable Wages | $1,835.40 | $50,087.53 |
| Medicare (HI) Taxable Wages | $1,835.40 | $50,087.53 |
| State Taxable Wages | $1,761.98 | $48,083.94 |
| Total Taxes | $483.57 | $11,946.62 |
| After-Tax Deductions | $0.00 | $0.00 |
| Net Pay | $1,278.41 | $36,137.32 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...3765> | Checking or Money Market | $1,278.41 | <...3765> | |

( < Previous PayStub )    ( Next PayStub > )

**PAPERLESS PAY** I My Other Sites    (Hide Screen)    BERNICE PATTERSON I My Account I Log Out

Alerts and Settings I Help I **October 01, 2013**
**English** Español

**Adecco**
better work, better life                                     Main Menu          PayStubs

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

[< Previous PayStub]          Pay Date: [08/08/2013 - Regular ▼]          [Next PayStub >]

NYC Creative Specialty NY                          BERNICE PATTERSON
551 5th Ave                                        3137 42ND ST
5th FL                                             ASTORIA, NY 11103-3142
New York, NY 10176-0001
8668280707

Pay Advice #         35863398
Employee ID          3309761                       Pay Cycle End Date   08/04/2013
Department           Hand/083 Wrap/00201 Office/3860   Pay Frequency        Weekly

Expand All    Collapse All

| Tax Withholding | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal |  | Single | 9 |  | Loc 1: P0001 |
| Primary State | NY | Single | 0 |  | Loc 2: |
| Secondary State |  |  | 0 |  | Loc 3: |
| Local |  |  | 0 |  | Loc 4: |

**Messages**
SCHOLASTIC INC.I524 BROADWAYINEW YORK NY 100124408I(212) 965-7422I

| Earnings | Work Week | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Assignment Number 7773372 Holiday |  |  |  | 16.00 | 0.00 | 594.40 |
| Assignment Number 7773372 Holiday: PO |  |  |  | 8.00 | 0.00 | 285.28 |
| Assignment Number 7773372 1.5 Ovt |  |  |  | 61.00 | 0.00 | 3,374.65 |
| Assignment Number 7773372 Regular | 07/29/2013-08/04/2013 | 38.6400 | 35.00 | 1,211.00 | 1,352.40 | 43,997.80 |
| **Total Earnings :** |  |  |  |  | **$1,352.40** | **$48,252.13** |

| Pre-Tax | This Period | YTD |
|---|---|---|
| 401K | $54.10 | $1,930.17 |
| **Total Pre-Tax :** | **$54.10** | **$1,930.17** |

| Taxes | This Period | YTD |
|---|---|---|
| Federal - OASDI/Disability - EE | $83.85 | $2,991.63 |
| Federal - FICA Med Hospital Ins / EE | $19.61 | $699.66 |
| Federal - Withholding | $78.57 | $3,694.00 |
| State of NY - OASDI/Disability - EE | $0.60 | $19.20 |
| State of NY - Withholding | $68.61 | $2,511.26 |
| State of NY - Locality - NEW YORK - Withholding | $42.34 | $1,547.30 |
| **Total Taxes :** | **$293.58** | **$11,463.05** |

| After-Tax | This Period | YTD |
|---|---|---|
| **Total After-Tax :** | **$0.00** | **$0.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$1,004.72** | **$34,858.91** |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,352.40 | $48,252.13 |
| Pre-Tax Deductions | $54.10 | $1,930.17 |
| Federal Taxable Wages | $1,298.30 | $46,321.96 |
| Social Security Taxable Wages | $1,352.40 | $48,252.13 |
| Medicare (HI) Taxable Wages | $1,352.40 | $48,252.13 |
| State Taxable Wages | $1,298.30 | $46,321.96 |
| Total Taxes | $293.58 | $11,463.05 |
| After-Tax Deductions | $0.00 | $0.00 |
| Net Pay | $1,004.72 | $34,858.91 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...3765> | Checking or Money Market | $1,004.72 | <...3765> |  |

[< Previous PayStub]                                                      [Next PayStub >]

**PAPERLESS PAY** | My Other Sites     ( Hide Screen )     BERNICE PATTERSON | My Account | Log Out

Alerts and Settings | Help | **October 01, 2013**
English Español

**Adecco**
better work, better life

Main Menu     PayStubs

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

( < Previous PayStub )     Pay Date: [ 08/01/2013 - Regular ]     ( Next PayStub > )

NYC Creative Specialty NY
551 5th Ave
5th FL
New York, NY 10176-0001
8668280707

BERNICE PATTERSON
3137 42ND ST
ASTORIA, NY 11103-3142

Pay Advice #    35811704
Employee ID    3309761
Department    Hand/083 Wrap/00201 Office/3860

Pay Cycle End Date    07/28/2013
Pay Frequency    Weekly

Expand All   Collapse All

| Tax Withholding | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 9 | | Loc 1: P0001 |
| Primary State | NY | Single | 0 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

**Messages**
SCHOLASTIC INC.I524 BROADWAYINEW YORK NY 100124408I(212) 965-7422I

| Earnings | Work Week | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Assignment Number 7773372 Holiday | | | | 16.00 | 0.00 | 594.40 |
| Assignment Number 7773372 Holiday: PO | | | | 8.00 | 0.00 | 285.28 |
| Assignment Number 7773372 1.5 Ovt | | | | 61.00 | 0.00 | 3,374.65 |
| Assignment Number 7773372 Regular | 07/22/2013-07/28/2013 | 38.6400 | 10.00 | 1,176.00 | 386.40 | 42,645.40 |
| **Total Earnings :** | | | | | **$386.40** | **$46,899.73** |

| Pre-Tax | | This Period | YTD |
|---|---|---|---|
| 401K | | $15.46 | $1,876.07 |
| **Total Pre-Tax :** | | **$15.46** | **$1,876.07** |

| Taxes | | This Period | YTD |
|---|---|---|---|
| Federal - OASDI/Disability - EE | | $23.95 | $2,907.78 |
| Federal - FICA Med Hospital Ins / EE | | $5.61 | $680.05 |
| Federal - Withholding | | $0.00 | $3,615.43 |
| State of NY - OASDI/Disability - EE | | $0.60 | $18.60 |
| State of NY - Withholding | | $9.85 | $2,442.65 |
| State of NY - Locality - NEW YORK - Withholding | | $6.62 | $1,504.96 |
| **Total Taxes :** | | **$46.63** | **$11,169.47** |

| After-Tax | | This Period | YTD |
|---|---|---|---|
| **Total After-Tax :** | | **$0.00** | **$0.00** |

| Net Pay | | This Period | YTD |
|---|---|---|---|
| **Total Net Pay :** | | **$324.31** | **$33,854.19** |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $386.40 | $46,899.73 |
| Pre-Tax Deductions | $15.46 | $1,876.07 |
| Federal Taxable Wages | $370.94 | $45,023.66 |
| Social Security Taxable Wages | $386.40 | $46,899.73 |
| Medicare (HI) Taxable Wages | $386.40 | $46,899.73 |
| State Taxable Wages | $370.94 | $45,023.66 |
| Total Taxes | $46.63 | $11,169.47 |
| After-Tax Deductions | $0.00 | $0.00 |
| Net Pay | $324.31 | $33,854.19 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...3765> | Checking or Money Market | $324.31 | <...3765> | |

( < Previous PayStub )     ( Next PayStub > )